Certificate Number: 06531-PAM-DE-038498562

Bankruptcy Case Number: 17-02956



06531-PAM-DE-038498562

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on May 21, 2024, at 1:18 o'clock PM CDT, Jennifer A Hoffman completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 21, 2024

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor