# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **JENNIFER AMI HOFFMAN** | : | |
| **fdba Hoffman Law Offices,** | : | **CASE NO. 1:17-bk-02956** |
| **Debtor** | : | |
| | : | |
| **JENNIFER AMI HOFFMAN** | : | |
| **fdba Hoffman Law Offices,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE CLUBS AT COLONIAL RIDGE,** | : | |
| **Respondent** | : | |

## MOTION TO AVOID LIEN OF RESPONDENT
## UNDER SECTION 522(f) OF THE BANKRUPTCY CODE

COMES NOW the Debtor, by and through Dorothy L. Mott, Esquire and makes this Motion respectfully stating in support thereof:

1. The Debtor filed a Chapter 13 Petition on July 18, 2017.

2. The Debtor is an adult individual residing at 5341 Devonshire Road Harrisburg, PA 17112.

3. Respondent maintains a mailing address of 4901 LINGLESTOWN ROAD, HARRISBURG, PA 17112.

4. The Respondent holds a judicial lien against the Debtor in the amount of $876.78 entered in Dauphin County at docket number # 2016-CV-8783.

5. The Debtor has listed all property the Debtor owns on the Bankruptcy schedules.

6. All property listed by the Debtor has been exempted as follows:

| Asset | Value | Lien | Exemption | Equity |
|---|---|---|---|---|
| **5341 Devonshire Rd, Harrisburg, PA 17112** | $225,000.00 | $175,444.91 | 11 U.S.C. § 522(b)(3)(B) | $49,555.09 (tenants by the entireties) |

7. No one has challenged either the value of the property or the exemption claimed.

8. The Respondent does not have a purchase money security interest in household goods, or a possessory interest.

9. The judgment of the Respondent impairs the exemption of the Debtor under Section 522(d) of the Bankruptcy Code. The judgment is a judicial lien.

10. The Debtor seeks under Section 522(f) of the Bankruptcy Code to avoid the lien of the Respondent.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order avoiding the aforesaid lien under Section 522(f) of the Bankruptcy Code and granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

Dorothy L. Mott, Esquire
Attorney ID#43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **JENNIFER AMI HOFFMAN** | : | |
| **fdba Hoffman Law Offices,** | : | **CASE NO. 1:17-bk-02956** |
| Debtor | : | |
| | : | |
| **JENNIFER AMI HOFFMAN** | : | |
| **fdba Hoffman Law Offices,** | : | |
| Movant | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE CLUBS AT COLONIAL RIDGE,** | : | |
| Respondent | | |

# O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby

ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of THE CLUBS AT COLONIAL RIDGE in the approximate amount of $876.78 entered in Dauphin County at docket number # 2016-CV-8783 be and hereby is avoided; it is further

ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **JENNIFER AMI HOFFMAN** | : | |
| **fdba Hoffman Law Offices,** | : | **CASE NO. 1:17-bk-02956** |
|     Debtor | : | |
| | : | |
| **JENNIFER AMI HOFFMAN** | : | |
| **fdba Hoffman Law Offices,** | : | |
|     Movant | : | |
| | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **THE CLUBS AT COLONIAL RIDGE,** | : | |
|     Respondent | | |

## CERTIFICATE OF SERVICE

    I, Dorothy L. Mott, hereby certify that on <u>October 24, 2024</u>, I served a copy of the notice and Motion to Avoid Lien electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows:


JACK N. ZAHAROPOULOS Esquire, Trustee ( via ECF)

THE CLUBS AT COLONIAL RIDGE
4901 LINGLESTOWN ROAD
HARRISBURG, PA 17112

.

                                  /s/ Dorothy L. Mott

                                  Dorothy L. Mott, Esquire
                                  Attorney ID#43568
                                  Dorothy L Mott Law Office, LLC
                                  125 State Street
                                  Harrisburg, PA 17101
                                  (717) 232–6650 TEL
                                  (717) 232-0477 FAX
                                  doriemott@aol.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chapter:13

Jennifer Ami Hoffman
fdba Hoffman Law Offices
Debtor

Case number:1:17-bk-02956

Matter:  Motion to Avoid Lien

Jennifer Ami Hoffman
fdba Hoffman Law Offices
Movant

vs,

THE CLUBS AT COLONIAL RIDGE
Respondent

---

## Notice

---

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING:  Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice.  If you object to the relief requested, you must file your objection/response with the  Clerk,,U.S. Bankruptcy Court, The Sylvia Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

---

Date:   October 24, 2024

Dorothy L Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg PA  17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aol.com