Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Truist Bank

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 5 8

**Property address:** 5341 DEVONSHIRE RD
Number        Street

_____

HARRISBURG          PA        17112
City                State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/06/2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

| Debtor 1 | JENNIFER AMI HOFFMAN | | | Case number (if known) | 17-02956 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| | ✗ /s/ Toni Webb-Bailey | Date | 11/14/2024 |
| | Signature | | |
| Print | Tonya Webb-Bailey | Title | Bankruptcy Analyst |
| | First Name    Middle Name    Last Name | | |
| Company | Truist Bank | | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | Bankruptcy Dept, PO Box 85092, 306-40-06-10 |
|---|---|
| | Number         Street |
| | Richmond                                       VA        23286 |
| | City                                           State    ZIP Code |
| Contact phone | (800) 635-3112 |
| Email | DefaultBankruptcyManagement@Truist.com |

Form 4100R                    Response to Notice of Final Cure Payment                    page **2**

# CERTIFICATE OF SERVICE

I, __Tonya Webb-Bailey_____, do hereby certify that a true and a exact copy of the foregoing __Notice of Final Cure Payment_____ was served by United States mail and/or electronic filing, on __11/14/2024__, addressed as follows:

Debtor:
JENNIFER AMI HOFFMAN
5341 DEVONSHIRE RD
HARRISBURG, PA 17112-3906

Debtor's Atty:
DOROTHY L MOTT
MOTT AND GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-1025

Trustee:
JACK N. ZAHAROPOULOS
8125 ADAMS DRIVE
SUITE A
HUMMELSTOWN, PA 17036-8625

/s/ Toni Webb-Bailey
Bankruptcy Analyst for Truist Bank