United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-02956-HWV |
| Jennifer Ami Hoffman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 20, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4946159 | + | THE CLUBS AT COLONIAL RIDGE, 4901 LINGLESTOWN ROAD, HARRISBURG, PA 17112-9199 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC afogle@rascrane.com |
| Brent J Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Jennifer Ami Hoffman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |

Heather Stacey Riloff
    on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JENNIFER AMI HOFFMAN | : | |
| fdba Hoffman Law Offices, | : | CASE NO. 1:17-bk-02956 |
| Debtor | : | |
| | : | |
| JENNIFER AMI HOFFMAN | : | |
| fdba Hoffman Law Offices, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| THE CLUBS AT COLONIAL RIDGE, | : | |
| Respondent | | |

## ORDER

Upon consideration of the Debtor's Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, Doc. 57, it is

**ORDERED** that the Motion is **GRANTED**. The judgment of THE CLUBS AT COLONIAL RIDGE in the approximate amount of $876.78 entered in Dauphin County at docket number # 2016-CV-8783 is avoided; it is further

**ORDERED** that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 20, 2024