UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JENNIFER AMI HOFFMAN
         FDBA HOFFMAN LAW OFFICES                CHAPTER 13
                    Debtor(s)

                                                 CASE NO: 1-17-02956HWV

## FUNDS REMITTED TO COURT

Please find here to check number 9020719 in the amount of $4.35 representing unclaimed funds owed to Debtor(s), Jennifer Ami Hoffman. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | JENNIFER AMI HOFFMAN<br>5341 DEVONSHIRE ROAD<br>HARRISBURG, PA   17112 | $4.35 |

Dated: June 17, 2025

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com