| | |
|---|---|
| In re: | Case No. 17-02956-HWV |
| Jennifer Ami Hoffman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 01, 2025 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Ami Hoffman, 5341 Devonshire Road, Harrisburg, PA 17112-3906 |
| 4946140 | + | ASHLEY PETERS, 465 LINCOLNWAY EAST, CHAMBERSBURG, PA 17201-2305 |
| 4946141 | + | BB&T CORPORATE HEADQUARTERS, 200 WEST SECOND STREET, WINSTON SALEM, NC 27101-4019 |
| 4946147 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAX, DEPT 280431, HARRISBURG, PA 17128-0431 |
| 4946148 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 4946150 | + | ERIC K & CARRIE I KEEFER, 1800 PAULMARK AVE, GREENCASTLE, PA 17225-8464 |
| 4946154 | + | PAUL A ODOM, 5341 DEVONSHIRE ROAD, HARRISBURG, PA 17112-3906 |
| 4946155 | + | PHELAN HALLINAN DIAMOND & JONES, LLP, ONE PENN CTR PLAZA, 1617 JFK BLVD STE 1400, PHILADELPHIA PA 19103-1814 |
| 4946156 | + | PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 4946157 | | SETERUS, INC (BK NOTICES), ATTN: BANKRUPTCY DEPT, PO BOX 1047, HARTFORD, CT 06143-1047 |
| 5028536 | + | Seterus, Inc. as the authorized subservicer for Fe, Post Office Box 1047, Hartford, CT 06143-1047 |
| 4946159 | + | THE CLUBS AT COLONIAL RIDGE, 4901 LINGLESTOWN ROAD, HARRISBURG, PA 17112-9199 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | Jul 01 2025 19:17:00 | BB&T, BB&T, Bankruptcy Section, P.O. Box 1847, Wilson, NC 27894 |
| cr | | Email/Text: bankruptcy@bbandt.com | Jul 01 2025 19:17:00 | BB&T Bankruptcy, P O Box 1847, 100-50-01-51, Wilson, NC 27894 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jul 01 2025 19:17:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jul 01 2025 19:17:00 | Truist Bank, Bankruptcy Section 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 4946137 | + | Email/Text: bncnotifications@pheaa.org | Jul 01 2025 19:17:00 | AES/SUNTRUST, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 4946138 | ^ | MEBN | Jul 01 2025 19:06:05 | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 4946139 | + | Email/Text: legal@arsnational.com | Jul 01 2025 19:17:00 | ARS NATIONAL SERVICES, INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 4947179 | | Email/Text: bankruptcy@bbandt.com | Jul 01 2025 19:17:00 | BB&T Bankruptcy, PO Box 1847, Wilson NC 27894 |
| 4946142 | | Email/Text: Bankruptcy@BAMcollections.com | Jul 01 2025 19:17:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4946143 | | EDI: CAPITALONE.COM | Jul 01 2025 23:10:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | LAKE CITY, UT 84130-0285 |
| 4946145 | | EDI: WFNNB.COM | Jul 01 2025 23:10:00 | COMENITY CAPITAL BANK, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4946146 | | EDI: PENNDEPTREV | Jul 01 2025 23:10:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4946149 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jul 01 2025 19:17:00 | COMPUTER CREDIT, INC, CLAIM DEPT 006301, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 4946160 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 01 2025 19:17:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5069315 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2025 19:17:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5069316 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2025 19:17:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 4946151 | | EDI: IRS.COM | Jul 01 2025 23:10:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4946144 | | Email/Text: info@pamd13trustee.com | Jul 01 2025 19:17:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4946153 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 01 2025 19:17:00 | KEYSTONE COLLECTIONS GROUP, 546 WENDEL ROAD, IRWIN, PA 15642-7539 |
| 5214490 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2025 19:17:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage, LLC d/b/a Mr. Coope, PO Box 619094, Dallas, TX 75261-9094 |
| 5214489 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2025 19:17:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 4953429 | + | Email/Text: bncnotifications@pheaa.org | Jul 01 2025 19:17:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4970847 | | EDI: PRA.COM | Jul 01 2025 23:10:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4952597 | | EDI: PENNDEPTREV | Jul 01 2025 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4946158 | | EDI: WTRRNBANK.COM | Jul 01 2025 23:10:00 | TARGET CORPORATION RECOVERY, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 4946161 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 01 2025 19:17:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4951384 | | Seterus, Inc., as the authorized subservicer for F |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 4946152 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC afogle@rascrane.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Jennifer Ami Hoffman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus  Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Jennifer Ami Hoffman (First Name / Middle Name / Last Name) | | Social Security number or ITIN: xxx–xx–0124<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name) | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:17-bk-02956-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Jennifer Ami Hoffman
> fdba Hoffman Law Offices

7/1/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**